

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No.: 08MJ 8513 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Joel HARO-Higuera (1), | Importation of a Controlled Substance (Felony) |
| Juana RODRIGUEZ-Orozco (2), | |
| Defendants. | |

The undersigned complainant being duly sworn states:

That on or about June 5, 2008, within the Southern District of California, defendants Joel HARO-Higuera and Juana RODRIGUEZ-Orozco did knowingly and intentionally import approximately 61.22 kilograms (134.68 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6TH DAY OF JUNE 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Joel HARO-Higuera

Juana RODRIGUEZ-Orozco

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Behm.

On June 5, 2008 at approximately 0553 hours, Joel HARO-Higuera and Juana RODRIGUEZ-Orozco entered the United States at the Calexico, California, West Port of Entry. HARO was the driver and RODRIGUEZ the passenger of a 1996 Mercury Villager. The primary inspector, Customs and Border Protection Officer (CBPO) A. Ramirez noticed that HARO was avoiding eye contact and not moving at all. CBPO Ramirez asked RODRIGUEZ her name and she responded "Wal-Mart." HARO gave the primary inspector a negative oral customs declaration. The vehicle was referred to the secondary lot for closer examination.

In the vehicle secondary lot, CBPO C. Jones preformed a canine inspection of the vehicle. The canine alerted and responded to the rear seat of the vehicle.

A subsequent inspection of the vehicle revealed 60 packages in the doors, rear seat and quarter panels. Three of the packages were probed by CBPO Jones. One contained a green leafy substance, which field tested positive for marijuana. One contained seeds which field tested positive for marijuana. One contained an oily substance that field tested positive for marijuana. The marijuana packages had a combined weight of approximately 61.22 kilograms (134.68 pounds). The seeds had a weight of 2.86 kilograms (6.29 pounds). The hash oil had a weight of 1.14 kilograms (2.51 pounds).

HARO was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. HARO admitted

1  knowledge of drugs.   HARO stated that RODRIGUEZ was to be paid $1000.00 and he
2  was to receive $2000.00 for smuggling controlled substances into he US.
3      RODRIGUEZ was placed under arrest and advised of her Constitutional Rights,
4  which she acknowledged and waived, agreeing to answer questions.  RODRIGUEZ
5  admitted knowledge of contraband.  RODRIGUEZ stated that she was to be paid 3000
6  pesos for her involvement.