```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2037-BTM |
|----|---|---|---|
| 11 | Plaintiff, | ) | |
| 12 | v. | ) | NOTICE OF APPEARANCE |
| 13 | JOEL HARO-HIGUERA (1), | ) | |
|    | JUANA RODRIGUEZ-OROZCO (2), | ) | |
| 14 | | ) | |
|    | Defendants. | ) | |
| 15 | | | |

16

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18      I, the undersigned attorney, enter my appearance as lead

19  counsel in the above-captioned case. I certify that I am

20  admitted to practice in this court or authorized to practice under

21  CivLR 83.3.c.3-4.

22      The following government attorneys (who are admitted to

23  practice in this court or authorized to practice under CivLR

24  83.3.c.3-4) are also associated with this case, should be listed

25  as lead counsel for CM/ECF purposes, and should receive <u>all</u>

26  Notices of Electronic Filings relating to activity in this case:

27      <u>Name</u> - "None"

28

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> - NONE

Please call me if you have any questions about this notice.

DATED: JULY 15, 2008

                  Respectfully submitted,

                  KAREN P. HEWITT
                  United States Attorney

                  <u>s/Paul S. Cook</u>
                  PAUL S. COOK
                  Assistant United States Attorney
                  Attorneys for Plaintiff
                  United States of America
                  Email: paul.cook@usdoj.gov

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr2037-BTM |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| JOEL HARO-HIGUERA (1), ) | |
| JUANA RODRIGUEZ-OROZCO (2), ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

   I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of **GOVERNMENT'S NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

        1. DAVID L. BAKER, ESQ.

        2. KRIS KRAUS, ESQ.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on July 15, 2008

        s/ Paul S. Cook
        PAUL S. COOK

Notice of Appearance
United States V. Haro and Rodriguez          3          08cr2037-BTM